UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LEONARD LIAS et al. as Class Representatives,

    Plaintiffs,

v.

RUSSELL GALBUT, an individual,
SONNY KAHN, an individual,
BRUCE MENIN, an individual,
SK BUSINESS TRUST, a Trust,
RF BUSINESS TRUST, a Trust,
MENIN 1998 FAMILY TRUST, a Trust, and
SAUL SACK, an individual,

    Defendants.

CASE NO. _____

NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

Petitioners, Russel Galbut, Sonny Kahn, Bruce Menin, SK Business Trust, RF Business Trust, Menin 1998 Family Trust, and Saul Sack (the Petitioners), who are the defendants in the above-entitled action, states:

1. The Petitioners are exercising their rights under the provisions of Title 28 U.S.C. § 1441, et seq., to remove this action from the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida, in which the action is now pending under the title set forth in the caption.[1]

2. The purported Class commenced this civil action in Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida on June 22, 2010. The case was docketed as Case No. 2010-3507-CA-15. A copy of the Complaint is attached as Exhibit 1. The purported Class

---

[1] The Petitioners file this Notice of Removal without waiving any of the defenses enumerated in Fed.R.Civ.P. 12(b) as a basis for dismissal of this action.

*MIA 181,355,809v1 7-26-10*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

served RF Business Trust on June 24, 2010, and this service was the first notice that RF Business Trust received of the lawsuit.

3. In the complaint, the purported Class alleges:

The Petitioners engaged in fraud by selling 418 condominium apartments in California through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count I);

The Petitioners fraudulently induced the purported Class into purchasing the condominium apartments through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count II);

The contract the purported class members executed contains unconscionable provisions which render the agreement void (Count III);

The Petitioners engaged in a civil conspiracy to perform fraud by selling 418 condominium apartments in California through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count IV);

The petitioners have alter ego liability for the conduct alleged in the complaint because of their conduct and involvement with the entity that actually marketed and sold the condominium apartments (Count V);

The Petitioners engaged in negligent misrepresentation by selling 418 condominium apartments in California through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count VI);

The Petitioners violated the Florida Deceptive and Unfair Trade Practices Act by selling 418 condominium apartments in California through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count VII);

No count VIII exists in the complaint.

The Petitioners engaged in constructive fraud by selling 418 condominium apartments in California through advertisements and marketing materials which overstated the size of the apartments by 40-68 square feet (Count IX);

The Court should create a constructive trust to protect the purported class interests (Count X); and

2

*MIA 181,355,809v1 7-26-10*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

The purported Class is entitled to restitution of all money paid as a result of the alleged fraud (Count XI).

4. This Notice of Removal is timely, as it is filed within thirty (30) days of the date that RF Business Trust received notice of the lawsuit.

5. The District Courts of the United States have original jurisdiction over this action under 28 U.S.C. § 1332(a)(1) under the Class Action Fairness Act (28 U.S.C. §§ 1332, 1335, 1453, 1603, 1711-1715):

   a. The complaint identifies 290 plaintiffs in the purported class. The complaint alleges that every individual plaintiff is a resident of California. The complaint alleges that every trust acting as a plaintiff is administered in California and only holds property in California. The complaint further alleges that there are 418 condominium apartments relevant to this complaint.

   b. There are seven defendants. Three of the individual defendants are residents of Florida. The remaining individual defendant is a resident of New York. The three trust defendants were established and are administered in Florida or New York.

   c. The matter in controversy, exclusive of interests and costs, exceeds $5,000,000. The complaint alleges that the amount in controversy is less than $75,000 per plaintiff and less than $4,999,999.99 in the aggregate. This allegation is false, and a transparent attempt to avoid federal jurisdiction.

   d. For example, in Count III, the purported Class seeks to void the contracts for all of the purported class members. The gross receipts from the contracts with the 418 potential class members was over $200 million.

   e. In addition, the complaint alleges that each apartment was at least 40 square feet smaller than advertised. In a related California lawsuit regarding the same allegations, the same purported Class has alleged that a proper damage calculation for these allegations would be to multiply allegedly "lost" square feet by the number of apartments in the project, by the average price per square foot. Assuming $400 per square foot (a figure which is significantly lower than the

*MIA 181,355,809v1 7-26-10*

3

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

purported class has identified), under this formulation, the purported Class would allege damages of $6,688,000.00 (40 square feet * 418 apartments * $400 = $6,688,000.00).[2]

   f.  Furthermore, in January 2010, the same purported class members filed a virtually identical lawsuit in the United States District Court for the Southern District of California. In this lawsuit, the plaintiffs alleged diversity jurisdiction, and therefore, damages in excess of $75,000 per plaintiff. A copy of this complaint is attached as Exhibit 2.

   6.  The Miami Division of the United States District Court for the Southern District of Florida is the "district court of the United States for the district and division embracing the place where [this action] is pending."

   7.  Under the circumstances, 28 U.S.C. § 1441 and principles of supplemental jurisdiction under 28 U.S.C. § 1367 provide the right to remove the entire case to this Court.

   8.  Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida.

   9.  As required by 28 U.S.C. § 1446(d), defendant is serving a copy of this Notice of Removal on counsel for the plaintiff, and is promptly notifying the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida of the removal of this action by filing with the clerk of that court a Notice of Filing Notice of Removal of Civil Action, a copy of which is attached as Exhibit 3.

---

[2] The Petitioners accept and advance these loss figures solely for the purposes of this removal issue.

4

*MIA 181,355,809v1 7-26-10*

WHEREFORE, petitioner hereby removes the action now pending against it in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida, docketed as Case No. 2010-35075-CA-15, to this Court.

        Respectfully submitted,

        **GREENBERG TRAURIG, P.A.**
        *Attorneys for Russel Galbut, Sonny Kahn, Bruce Menin, SK Business Trust, RF Business Trust, Menin 1998 Family Trust, and Saul Sack*
        1221 Brickell Avenue
        Miami, Florida 33131
        Telephone: (305) 579-0500
        Facsimile: (305) 579-0717

        By:    /s/ Stephen James Binhak
            Stephen James Binhak, Esq.
            Florida Bar No. 0736491
            Binhaks@gtlaw.com

5

*MIA 181,355,809v1 7-26-10*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2010, I electronically filed the foregoing Notice of Removal with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Stephen James Binhak
STEPHEN JAMES BINHAK

**Service List**

David Philips
DK Philips, Attorneys & Counselors at Law
1410 20th St., Suite 219
Miami Beach, Florida  33139

6

*MIA 181,355,809v1 7-26-10*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com